UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOHN JAY HUMPHREY**

vs.                                    CASE NUMBER: 5:09-CV-247 (NPM/DEP

**ONONDAGA COUNTY SHERIFF'S DEPARTMENT and KIMBROOK APARTMENTS**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's application to proceed in forma pauperis is DENIED without prejudice, further Ordered that Plaintiff's Complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 19th day of May, 2009.

DATED: May 20, 2009

_Lawrence K. Baerman_
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk